IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00056-RPM-MEH

NICHOLAS BARBERIO,

    Plaintiff,

v.

B&V DESIGN INC., d/b/a BTW FINANCIAL COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 14, 2010.**

    Plaintiff's Motion for Leave to Serve Complaint and Summons via Alternative Method [filed April 14, 2010; docket #10] is **granted**. Plaintiff shall serve the Summons and Complaint in this action according to Fed. R. Civ. P. 4(e) and Colo. R. Civ. P. 4(f), and as stated in the motion. In addition, the Scheduling Conference set in this case for April 28, 2010, is **vacated**, but the Court will hold a **Status Conference** on the same date at **9:45 a.m.** in Courtroom 203 on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.