IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00056-RPM-MEH

NICHOLAS BARBERIO,

    Plaintiff,

v.

B&V DESIGN INC., dba BTW FINANCIAL COMPANY, and
TIMOTHY WALKUP

    Defendant.

_____

## ORDER FOR DISMISSAL WITHOUT PREJUDICE
_____

Pursuant to the Notice of Dismissal Without Prejudice [22], filed today, it is

ORDERED that this action is dismissed without prejudice

DATED: June 29th, 2010

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge